O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT AUBUCHON, | ) | Case No. CV 10-2859-VBF (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| v. | ) | |
| B. M. CASH, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: May 5, 2010

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

*[signature]*
HONORABLE OSWALD PARADA
United States Magistrate Judge